## Crescent Fuel Company, Defendant in Error, v. David Bernstein and Lena Bernstein, Plaintiffs in Error.

### Gen. No. 20,180.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LA BUY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed and remanded. Opinion filed January 5, 1915.

### Statement of the Case.

Suit by Crescent Fuel Company against David Bernstein and Lena Bernstein to recover for coal sold and delivered. The case was tried before the court without a jury and plaintiff recovered a judgment of $120.20, whereupon the defendants brought error.

AARON SOBLE, for plaintiffs in error.

DEMING & JARRETT, for defendant in error.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

JUDGMENT, § 190*—*when judgment against coparty erroneous.* In an action for goods sold and delivered, a judgment against two defendants is erroneous where there was no evidence showing the indebtedness of one of such defendants.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.